John A. Bailey, Jr. (ISB No. 2619)
Frederick J. Hahn, III (ISB No. 4258)
RACINE OLSON NYE BUDGE
& BAILEY, CHARTERED
P.O. Box 50698
Idaho Falls, Idaho 83405
Telephone:  (208) 528-6101
Facsimile:  (208) 528-6109

*Attorneys for the Use-Plaintiff TRC Fabrication, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of TRC FABRICATION, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | **Case No. 4:15-CV-00481-BLW**<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

      The parties, by and through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate and agree as follows:

      1.    This matter and all claims and causes of action therein should be dismissed with prejudice; and

2. All parties shall bear their own costs and attorneys fees incurred in prosecuting or defending this action.

RACINE OLSON NYE BUDGE & BAILEY Chtd.

DATED: __2-10-16__          /s/ Frederick J. Hahn, III
                            Frederick J. Hahn, III
                            Attorneys for Use-Plaintiff TRC Fabrication, LLC

HOLLAND & HART LLP

DATED: __2-10-16__          /s/ D. Scott Degraffenried
                            D. Scott DeGraffenried
                            Attorneys for Defendant Okland Construction Co. Inc.

SUITTER AXLAND PLLC

Dated: __2-10-16__          /s/ Michael W. Homer
                            Michael W. Homer
                            Attorneys for Defendant Liberty Mutual Insurance Co.