## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of TRC FABRICATION, LLC, an Idaho limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>       Defendants. | Case No. 4:15-CV-00481-BLW<br><br>ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE |

The Court, having reviewed the parties' Stipulation to Dismiss With Prejudice, enters the following Order.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice. All parties shall bear their own costs and attorneys fees incurred in prosecuting or defending this action.

Dated: **February 19, 2016**

B. Lynn Winmill
Chief District Judge
United States District Court